Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

_January 4_ 20_17_

WILLIAM M. McCOOL, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFE CAMP,<br><br>Defendant. | NO. CR17-007 RSL<br><br>INDICTMENT<br><br><u>Title 18, U.S.C. Section 751(a)</u><br>(Escape from Custody) |

The Grand Jury charges that:

### COUNT I

On or about October 5, 2016, at Seattle, in the Western District of Washington, RAFE CAMP, knowingly escaped from custody in the Pioneer Fellowship House Residential Reentry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Montana upon revocation of his supervised release for the commission of Conspiracy to Possess Cocaine with Intent to Distribute, in violation of Title 21 United States Code, Section 846.

All in violation of Title 18, United States Code, Section 751(a).

Indictment/ Rafe Camp - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

A TRUE BILL:

DATED: Jan, 4, 2017

**Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.**

_____
FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
JAMES D. OESTERLE
Assistant United States Attorney

_____
SEUNGJAE LEE
Assistant United States Attorney

Indictment/ Rafe Camp - 3